589 A.2d 1111

David D. SCHRECK, Karen A. Snyder Schreck, James A.W. Reichard, Julie L. Reichard, William E. Altland, Judy A. Altland, Keith D. Wong and Laurie A. Wong, Appellants at No. 79

v.

NORTH CODORUS TOWNSHIP, Donald R. Bankert, Gladys M. Bankert and Gordon L. Brown, C.L. Robinson, t/d/b/a C.L. Robinson and Sons, Wallen Homes, Inc. and Frances R. Gephart Building and Concrete Construction.

Appeal of Donald R. BANKERT and
Gladys M. Bankert at No. 80.

Nos. 79 and 80 M.D. Appeal Docket 1990.

Supreme Court of Pennsylvania.

May 6, 1991.

Gilbert G. Malone, Victor A. Neubaum, York, James W. Hennessey, Joanne S. Faul, West Conshohocken, for appellants.

Karen L. Semmelman, Gavin W. Markey, York, Thomas F. Meister, York, for Donald & Gladys M. Bankert.

ORDER ON APPLICATION FOR REARGUMENT

PER CURIAM:

AND NOW, this 6th day of May, 1991, appellant's Application for Reargument is denied.